IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:21-CR-9 |
| v. | INDICTMENT |
| | T. 18 U.S.C. § 2 |
| KEITH DESHON EURING, SR., | T. 18 U.S.C. § 1591(a)(1) |
| a/k/a "SWEAT," | T. 18 U.S.C. § 1591(b)(2) |
| | T. 18 U.S.C. § 1952(a)(3)(A) |
| Defendant. | T. 18 U.S.C. § 2423 |
| | T. 21 U.S.C. § 841(a)(1) |
| | T. 21 U.S.C. § 841(b)(1)(C) |
| | T. 21 U.S.C. § 859 |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Sex Trafficking of a Child)**

From in or about October 2018 through in or about November 2018, in the Southern District of Iowa and elsewhere, the defendant, KEITH DESHON EURING, SR., a/k/a "Sweat," did, in and affecting interstate commerce, knowingly recruit, entice, harbor, transport, provide, obtain, and maintain by any means, a juvenile female, Minor Victim 1, knowing and in reckless disregard of the fact that Minor Victim 1 had not attained the age of 18 years and would be caused to engage in a commercial sex act.

This is a violation of Title 18, United States Code, Section 1591(a)(1) and 1591(b)(2).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2
### (Transportation of a Minor)

On or about October 28, 2018, in the Southern District of Iowa and elsewhere, the defendant, KEITH DESHON EURING, SR., a/k/a "Sweat," did knowingly transport Victim 1 who had not attained the age of 18 years, in interstate or foreign commerce, with intent that the Victim 1 engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2423.

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3
### (Travel Act—Facilitate Prostitution)

From in or about October 2018 through in or about November 2018, in the Southern District of Iowa and elsewhere, the defendant, KEITH DESHON EURING, SR., a/k/a "Sweat," did knowingly use a facility of interstate and foreign commerce, namely a cellular telephone and the Internet, with the intent to promote, manage, establish or carry on an unlawful activity, that is, a prostitution offense, and thereafter performed an act to promote, manage, establish, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

This is a violation of Title 18, United States Code, Sections 1952(a)(3)(A) and 2.

THE GRAND JURY FURTHER CHARGES:

### COUNT 4
### (Distribution to Person Under Age Twenty-One)

From in or about October 2018 through in or about November 2018, in the Southern District of Iowa, the defendant, KEITH DESHON EURING, SR., a/k/a "Sweat," a person at least eighteen years of age, knowingly and intentionally distributed a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, to a person under twenty-one years of age (Minor Victim 1).

This is a violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 859.

A TRUE BILL.

FOREPERSON

Richard D. Westphal
Acting United States Attorney

By: _____
Melisa K. Zaehringer
Assistant United States Attorney