IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:21-cr-9-SMR-SBJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH DESHON EURING, SR, | ) | VERDICT FORM |
| | ) | |
| Defendant. | ) | |

## COUNT ONE
### (SEX TRAFFICKING OF A CHILD)

We, the jury, find the Defendant, KEITH DESHON EURING, SR., __GUILTY__
(not guilty/guilty)

of the crime of Sex Trafficking of a Child, as charged in Count One of the Indictment.

_____   \_\_09/21/2022\_\_
FOREPERSON                             DATE

(CONTINUE SIGNATURES ON THE NEXT PAGE)

1

## VERDICT FORM CONTINUED
### (Count One – Keith Deshon Euring, Sr.)

_____          _____
JUROR                             JUROR

_____          _____
JUROR                             JUROR

_____          _____
JUROR                             JUROR

_____          _____
JUROR                             JUROR

_____          _____
JUROR                             JUROR

_____
JUROR

*If you have found the Defendant guilty on Count One, please consider the attached Interrogatory.*

*If you have found the Defendant not guilty on Count One, leave the attached Interrogatory blank and move on to consider Count Two.*

2

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. 3:21-cr-9-SMR-SBJ |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| KEITH DESHON EURING, SR., ) | INTERROGATORY |
| ) | |
| Defendant. ) | |

Please place an "X" on the line in front of the option, or options, you unanimously found were proven beyond a reasonable doubt as to Count One.

_____    The Defendant knew Suzie was under the age of 18.

__X__    The Defendant recklessly disregarded the fact that Suzie was under the age of 18.

_____    The Defendant had a reasonable opportunity to observe Suzie.

_____    \_\_09/21/2022\_\_
FOREPERSON            DATE

(CONTINUE SIGNATURES ON THE NEXT PAGE)

3

# VERDICT FORM CONTINUED
## (Count One Interrogatory – Keith Deshon Euring, Sr.)

_____                    _____
JUROR                                     JUROR

_____                    _____
JUROR                                     JUROR

_____                    _____
JUROR                                     JUROR

_____                    _____
JUROR                                     JUROR

_____                    _____
JUROR                                     JUROR

_____
JUROR

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:21-cr-9-SMR-SBJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH DESHON EURING, SR., | ) | VERDICT FORM |
| | ) | |
| Defendant. | ) | |

## COUNT TWO
### (TRANSPORTATION OF A CHILD FOR PURPOSES OF PROSTITUTION)

We, the jury, find the Defendant, KEITH DESHON EURING, SR., __NOT GUILTY__
(not guilty/guilty)

of the crime of Transportation of a Child for Purposes of Prostitution in Count Two of the Indictment.

_____   09/22/2022
FOREPERSON                DATE

(CONTINUE SIGNATURES ON THE NEXT PAGE)

5

## VERDICT FORM CONTINUED
(Count Two – Keith Deshon Euring, Sr.)

_____          _____
JUROR                        JUROR

_____          _____
JUROR                        JUROR

_____          _____
JUROR                        JUROR

_____          _____
JUROR                        JUROR

_____          _____
JUROR                        JUROR

_____
JUROR

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:21-cr-9-SMR-SBJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH DESHON EURING, SR., | ) | VERDICT FORM |
| | ) | |
| Defendant. | ) | |

## COUNT THREE
## (FACILITATING PROSTITUTION)

We, the jury, find the Defendant, KEITH DESHON EURING, SR., _____
(not guilty/guilty)

of the crime of Facilitating Prostitution, as charged in Count Three of the Indictment.


_____       _____
**FOREPERSON**                           **DATE**




**(CONTINUE SIGNATURES ON THE NEXT PAGE)**

7

# VERDICT FORM CONTINUED
## (Count Three – Keith Deshon Euring, Sr.)

_____          _____
**JUROR**                                **JUROR**


_____          _____
**JUROR**                                **JUROR**


_____          _____
**JUROR**                                **JUROR**


_____          _____
**JUROR**                                **JUROR**


_____          _____
**JUROR**                                **JUROR**


_____
**JUROR**

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:21-cr-9-SMR-SBJ |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| KEITH DESHON EURING, SR., | ) | VERDICT FORM |
| | ) | |
| Defendant. | ) | |

## COUNT FOUR
## (DISTRIBUTION OF MARIJUANA TO A PERSON UNDER THE AGE OF 21)

We, the jury, find the Defendant, KEITH DESHON EURING, SR., __GUILTY__
(not guilty/guilty)

of the crime of Distribution of Marijuana to a Person Under the Age of 21, as charged

in Count Four of the Indictment.

_____ \_\_09/21/2022\_\_
FOREPERSON  DATE

**(CONTINUE SIGNATURES ON THE NEXT PAGE)**

9

# VERDICT FORM CONTINUED
## (Count Four – Keith Deshon Euring, Sr.)

_____          _____
JUROR                              JUROR

_____          _____
JUROR                              JUROR

_____          _____
JUROR                              JUROR

_____          _____
JUROR                              JUROR

_____          _____
JUROR                              JUROR

_____
JUROR